**In the Interest of C.W.C., III, a minor male child.**

**No. ED 78884.**

Missouri Court of Appeals, Eastern District, Division Five.

Oct. 9, 2001.

Nathan D. Cooper, Lichtenegger, Weiss & Fetterhoff, L.L.C., Jackson, MO, for appellant Debbie Cohen.

Matthew Hill, Cape Girardeau, MO, for appellant Father.

Scott D. Reynolds, Guardian Ad Litem, Cape Girardeau, MO, Guardian Ad Litem.

Lora E. Cooper, Asst Prosecuting Attorney, Jackson, MO, for respondent.

Before JAMES R. DOWD, C.J., PAUL J. SIMON, J., and CHARLES BLACKMAR, J.

### ORDER

Appellants, D.C. and C.W.C., Jr., appeal from the judgment and order of the Circuit Court of Cape Girardeau County terminating their parental rights in C.W.C., III, a minor child, pursuant to section 211.447.4 RSMo. We have reviewed the briefs of the parties, the legal file and transcripts. There is substantial evidence in the record to support the judgment of the juvenile court and we find no error of law. As an extended opinion reciting the facts and restating the principles of law applicable to this case would have no prec-edential value, we affirm the judgment pursuant to Rule 84.16(b).